```
ETEASHIARA NICOLE JAMISON   DISCOVERCARD
610 OAK VIEW WAY            PO BOX 30939
BYRAM, MS 39272             SALT LAKE CITY, UT 84130

THOMAS C. ROLLINS, JR.      NATHAN & NATHAN PC
THE ROLLINS LAW FIRM, PLLC  P.O. BOX 1715
P.O. BOX 13767              BIRMINGHAM, AL 35201
JACKSON, MS 39236

AFFIRM                      REGIONS BANKCARD
P.O. BOX 201209             ATTN: BANKRUPTCY
DALLAS, TX 75320            1900 5TH AVE N
                            HOVER, AL 35203

AFTERPAY                    RENFROE & PERILLOUX
P.O. BOX 328                648 LAKELAND DR EAST
SAN FRANCISCO, CA 94104     STE A
                            FLOWOOD, MS 39232

CAPITAL ONE                 TRUSTMARK NATIONAL
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
PO BOX 30285                248 E CAPITOL ST
SALT LAKE CITY, UT 84130    JACKSON, MS 39201

CARMAX AUTO FINANCE
ATTN: BANKRUPTCY
12800 TUCKAHOE CREEK P
RICHMAN, VA 23238

CARRIE SPURLOCK
5711 ANGLE ST
JACKSON, MS 39206

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

CITIBANK
ATTN: BANKRUPTCY
P.O.BOX 790046
ST. LOUIS, MO 63179
```