```
ETEASHIARA NICOLE JAMISON    DISCOVERCARD
610 OAK VIEW WAY              PO BOX 30939
BYRAM, MS 39272               SALT LAKE CITY, UT 84130

THOMAS C. ROLLINS, JR.        NATHAN & NATHAN PC
THE ROLLINS LAW FIRM, PLLC    P.O. BOX 1715
P.O. BOX 13767                BIRMINGHAM, AL 35201
JACKSON, MS 39236

AFFIRM                        NELNET***
P.O. BOX 201209               P.O. BOX 82561
DALLAS, TX 75320              LINCOLN, NE 68501


AFTERPAY                      REGIONS BANKCARD
P.O. BOX 328                  ATTN: BANKRUPTCY
SAN FRANCISCO, CA 94104       1900 5TH AVE N
                              HOVER, AL 35203

CAPITAL ONE                   RENFROE & PERILLOUX
ATTN: BANKRUPTCY              648 LAKELAND DR EAST
PO BOX 30285                  STE A
SALT LAKE CITY, UT 84130      FLOWOOD, MS 39232

CARMAX AUTO FINANCE           TRUSTMARK NATIONAL
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
12800 TUCKAHOE CREEK P        248 E CAPITOL ST
RICHMAN, VA 23238             JACKSON, MS 39201

CARRIE SPURLOCK
5711 ANGLE ST
JACKSON, MS 39206


CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

CITIBANK
ATTN: BANKRUPTCY
P.O.BOX 790046
ST. LOUIS, MO 63179
```