United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                              Case No. 26-00478-JAW

Eteashiara Nicole Jamison                                                           Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3            User: mssbad            Page 1 of 2

Date Rcvd: May 13, 2026            Form ID: n031            Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Eteashiara Nicole Jamison, 610 Oak View Way, Byram, MS 39272-8755 |
| 5627669 | + | Carrie Spurlock, 5711 Angle St, Jackson, MS 39206-2905 |
| 5634124 | + | James Eldred Renfroe, Esq., Renfroe & Perilloux, PLLC, Counsel for Trustmark Bank, 648 Lakeland East Drive, Suite A, Flowood, MS 39232-9574 |
| 5627675 | + | Renfroe & Perilloux, 648 Lakeland Dr East, Ste A, Flowood, MS 39232-9574 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5627665 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 13 2026 19:38:57 | Affirm, P.O. Box 201209, Dallas, TX 75320-1209 |
| 5627666 | ^ | MEBN | May 13 2026 19:34:23 | Afterpay, P.O. Box 328, San Francisco, CA 94104-0328 |
| 5627668 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | May 13 2026 19:34:00 | CarMax Auto Finance, Attn: Bankruptcy, 12800 Tuckahoe Creek P, Richman, VA 23238 |
| 5631464 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | May 13 2026 19:34:00 | CarMax Business Services, LLC, CarMax Auto Finance, Attn: Bankruptcy Department, 225 Chastain Meadows Court, Ste 210, Kennesaw, GA 30144 |
| 5627667 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 13 2026 19:38:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5631446 | + | Email/PDF: ebn_ais@aisinfo.com | May 13 2026 19:38:56 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5627670 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 13 2026 19:38:47 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5627671 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2026 19:38:48 | Citibank, Attn: Bankruptcy, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5638676 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2026 19:38:48 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5627672 | + | Email/Text: mrdiscen@discover.com | May 13 2026 19:34:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5645651 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 13 2026 19:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5629794 | | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2026 19:38:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5627673 | | Email/Text: bankruptcy@nathan-nathan.com | May 13 2026 19:34:00 | Nathan & Nathan PC, P.O. Box 1715, |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 13, 2026 | Form ID: n031 | Total Noticed: 23 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Birmingham, AL 35201 |
| 5632374 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
|  |  | May 13 2026 19:34:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5664384 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|  |  | May 13 2026 19:38:57 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5629657 | + Email/Text: newbk@Regions.com | | |
|  |  | May 13 2026 19:34:00 | REGIONS BANK, PO BOX 10063, BIRMINGHAM, AL 35202-0063 |
| 5627674 | + Email/Text: newbk@Regions.com | | |
|  |  | May 13 2026 19:34:00 | Regions Bankcard, Attn: Bankruptcy, 1900 5th Ave N, Hover, AL 35203-2610 |
| 5647376 | Email/Text: bankruptcynotices@trustmark.com | | |
|  |  | May 13 2026 19:34:00 | Trustmark Bank, P.O. Box 522, Jackson, MS. 39205 |
| 5627676 | Email/Text: bankruptcynotices@trustmark.com | | |
|  |  | May 13 2026 19:34:00 | Trustmark National, Attn: Bankruptcy, 248 E Capitol St, Jackson, MS 39201 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | TRUSTMARK NATIONAL BANK, P O BOX 291, JACKSON MS 39205-0291, address filed with court:, Trustmark Bank, P.O. Box 522, Jackson, MS 39205 |
| 5634125 | *+ | James Eldred Renfroe, Esq., Renfroe & Perilloux, PLLC, Counsel for Trustmark Bank, 648 Lakeland East Drive, Suite A, Flowood, MS 39232-9574 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James Eldred Renfroe | on behalf of Creditor Trustmark Bank jrenfroe@mslawfirm.biz  kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| Thomas Carl Rollins, Jr | on behalf of Debtor Eteashiara Nicole Jamison trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:**  26−00478−JAW
**Chapter:**  13

**In re:**

Eteashiara Nicole Jamison
aka Teasha Jamison
610 Oak View Way
Byram, MS 39272

Notice of Entry of Order Confirming Plan

The Court entered an Order on May 13, 2026 (Dkt. # 21 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: May 13, 2026

Danny L. Miller, Clerk of Court