Certificate Number: 17082-MSS-DE-041083593

Bankruptcy Case Number: 26-00478



17082-MSS-DE-041083593

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 11, 2026, at 9:22 o'clock AM MST, ETEASHIARA  N JAMISON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   June 11, 2026                       By:      /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director