## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        ETEASHIARA NICOLE JAMISON        CASE NO. 26-00478-JAW
                                                  CHAPTER 13

## CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO FRBP 7007.1

Pursuant to Fed. R. Bank. Proc. 1007(a)(1) and/or 7007.1, and to enable judges to more effectively evaluate possible disqualification or recusal issues, the undersigned counsel for Trustmark Bank certifies that Trustmark Bank makes the following disclosure:

✓      The following entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interests are: Trustmark Corporation.

Respectfully submitted, this 27 day of July 2026,

Trustmark Bank

*/s James Eldred Renfroe*

James Eldred Renfroe, MSB #10096
James L. Powell, MSB # 10083
Renfroe & Perilloux, PLLC
648 Lakeland East Drive Ste A
Flowood, MS 39232
(601) 932-1011
jrenfroe@mslawfirm.biz
Attorney for Trustmark Bank