## IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:          ETEASHIARA NICOLE JAMISON                    CASE NO. 26-00478-JAW
                                                             CHAPTER 13

### ORDER LIFTING AUTOMATIC STAY AS TO ALL PARTIES
### AND ABANDONING REAL PROPERTY

Considering the Motion to Lift Automatic Stay and for Abandonment as to Debtor or Alternatively for Adequate Protection including the Right to File and Amended Proof of Claim for Fees and Costs (Dkt. #_____) as filed by Trustmark Bank. Movant represented to the Court that it served the motion in accordance with all applicable rules. No timely response was filed. Accordingly the motion is granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the property is hereby abandoned from the estate and as such it is hereby ordered that automatic stay against Trustmark Bank or any subsequent assignee or beneficiary of the underlying lien is hereby lifted as to all parties and that the property shall be deemed abandoned by the trustee from the estate pursuant to 11 U. S. C. 554 (b) whether this case is converted to another Chapter of the United States Code. Entry of this order shall constitute the entry of a final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure.

Trustmark Bank or its subsequent assignee of the underlying lien is hereby permitted and allowed to enforce any and all rights they may have in respect to the real property including, but not limited to their right of foreclosure should they deem fit with such property bearing municipal address 610 Oakview Way, Byram, Mississippi and being further identified as:

> Lot 3, The Oaks of Crossbridge, a subdivision according to a map or plat thereof which is on file and of record in the Office of the Chancery Clerk of Hinds County at Jackson, Mississippi, in Plat Book 40 at Page 24, reference to which is hereby made inaid of and as a part of this description.

## END OF ORDER ##

Prepared and submitted by:

*/s/   James Eldred Renfroe*
James Eldred Renfroe, MSB#10096
James L. Powell, MSB# 10083
Attorney for Trustmark Bank
648 Lakeland East Drive, Suite A
Flowood, MS 39232
Telephone: 601-932-1011
Facsimile: 601-932-1014
jrenfroe@mslawfirm.biz