**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Eteashiara Nicole Jamison, Debtor**          Case No. 26-00478-JAW
                                                        **CHAPTER 13**
                            **NOTICE**

The above referenced debtor has filed papers with the court to allow payment arrearage. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  August 5, 2026          Signature:  /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                          Jennifer Ann Curry Calvillo (MSBN 104367)
                                          The Rollins Law Firm, PLLC
                                          P.O Box 13767
                                          Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Eteashiara Nicole Jamison, Debtor**                **Case No. 26-00478-JAW**
                                                                                        **CHAPTER 13**

## MOTION TO ALLOW PAYMENT ARREARAGE

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor fell behind on her payments due to loss of job.

3. Debtor is now employed.

4. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

5. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in September 2026.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on August 5, 2026, to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ETEASHIARA NICOLE JAMISON

CASE NO: 26-00478

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 8/5/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/5/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ETEASHIARA NICOLE JAMISON

CASE NO: 26-00478

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 8/5/2026, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/5/2026

*Victoria Blake*
_____
Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-00478
SOUTHERN DISTRICT OF MISSISSIPPI
WED AUG 5 10-51-35 PST 2026

(P)TRUSTMARK NATIONAL BANK
P O BOX 291
JACKSON MS 39205-0291

EXCLUDE

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

AFFIRM
PO BOX 201209
DALLAS  TX 75320-1209

AFTERPAY
PO BOX 328
SAN FRANCISCO  CA 94104-0328

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE  NA
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

(P)CARMAX AUTO FINANCE
225 CHASTAIN MEADOWS COURT SUITE 200
KENNESAW GA 30144-5938

EXCLUDE

(D)(P)CARMAX AUTO FINANCE
225 CHASTAIN MEADOWS COURT SUITE 200
KENNESAW GA 30144-5938

CARRIE SPURLOCK
5711 ANGLE ST
JACKSON  MS 39206-2905

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15299
WILMINGTON  DE 19850-5299

CITIBANK
ATTN BANKRUPTCY
POBOX 790046
ST LOUIS  MO 63179-0046

CITIBANK NA
CITIBANK  NA
5800 S CORPORATE PL
SIOUX FALLS  SD  57108-5027

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY  UT 84130-0939

JPMORGAN CHASE BANK  NA
SBMT CHASE BANK USA  NA
CO NATIONAL BANKRUPTCY SERVICES  LLC
PO BOX 9013
ADDISON  TEXAS 75001-9013

JAMES ELDRED RENFROE  ESQ
RENFROE  PERILLOUX  PLLC
COUNSEL FOR TRUSTMARK BANK
648 LAKELAND EAST DRIVE  SUITE A
FLOWOOD  MS 39232-9574

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

(P)NATHAN  NATHAN  P C
ATTN JOHN NATHAN
PO BOX 1715
BIRMINGHAM AL 35201-1715

NELNET
PO BOX 82561
LINCOLN  NE 68501-2561

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

REGIONS BANK
PO BOX 10063
BIRMINGHAM  AL 35202-0063

EXCLUDE

REGIONS BANKCARD
ATTN BANKRUPTCY
1900 5TH AVE N
HOVER  AL 35203-2610

RENFROE  PERILLOUX
648 LAKELAND DR EAST
STE A
FLOWOOD  MS 39232-9574

(D)(P)TRUSTMARK NATIONAL BANK
P O BOX 291
JACKSON MS 39205-0291

EXCLUDE

(D)(P)TRUSTMARK NATIONAL BANK
P O BOX 291
JACKSON MS 39205-0291

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

DEBTOR

ETEASHIARA NICOLE JAMISON
610 OAK VIEW WAY
BYRAM  MS 39272-8755

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

TORRI  PARKER  MARTIN
TORRI  PARKER  MARTIN   CHAPTER 13 BANKRUPT
200  NORTH  CONGRESS  STREET   STE  400
JACKSON   MS  39201-1902

EXCLUDE

TORRI  PARKER  MARTIN
TORRI  PARKER  MARTIN   CHAPTER 13 BANKRUPT
200  NORTH  CONGRESS  STREET   STE  400
JACKSON   MS  39201-1902