**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Eteashiara Nicole Jamison, Debtor**          Case No. 26-00478-JAW
                                                                                    **CHAPTER 13**

### RESPONSE

COMES NOW, Debtor, by and through counsel, and responds to Creditor, Trustmark

Bank's Motion to Lift Automatic Stay as to Debtor and for Abandonment or Alternatively for

Adequate Protection Including the Right to File an Amended Proof of Claim for Fees and Costs

(dk # 30) as follows:

1. Debtor commenced this case on 02/23/2026 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor's mortgage payments are included in the Chapter 13 plan payments.

3. Debtor fell behind on plan payments due to loss of employment and is now working.

4. Debtor has filed a Motion to Allow Payment Arrearage (dk# 34).

5. Debtor can continue making the plan payments.

WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or

alternative relief as may be just and proper.

Respectfully submitted,

By:    /s/ Thomas C. Rollins, Jr.
          Thomas C. Rollins, Jr. (MSBN 103469)
          Attorney for Debtor


Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on August 6, 2026, to:

By USPS First Class Mail:

Trustmark Bank
P.O. Box 522
Jackson, MS 39205

By Electronic CM/ECF Notice:

David Rawlings

James Eldred Renfroe, Attorney for Creditor


U.S. Trustee


/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.