**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: ETEASHIARA NICOLE JAMISON CASE NO. 26-00478-JAW
CHAPTER 13

**AGREED ORDER**

Considering the Motion to Lift Automatic Stay as to Debtor and for Abandonment or Alternatively for Adequate Protection including the Right to File and Amended Proof of Claim for Fees and Costs as filed by Trustmark Bank (Dkt. #30) and Response filed by Debtor (Dkt. #36). This Court having reviewed same and being advised the parties are in agreement hereby orders as follows:

That the plan of the Debtor is hereby amended to include the post petition arrears due to Trustmark Bank through the month of August 2026 for the ongoing monthly mortgage obligation. That this amount shall be cured through the plan and spread over the life of the remaining plan of the Debtor with all proof of claims of Trustmark Bank and all wage withholding orders of Debtor being hereby amended accordingly.

That Trustmark Bank is hereby permitted to assess all reasonable costs associated with this action to the overall indebtedness held by Trustmark Bank and owed by Debtor. That Debtor shall pay through the plan and Trustee shall disburse to Trustmark Bank the sum of $1,549.00 for reimbursement of reasonable attorneys fees and costs incurred in the filing of this action with all

wage withholding orders of Debtor being hereby amended accordingly.

Should the Debtor become delinquent in her future payments to Trustee inclusive of the ongoing monthly mortgage obligation to Trustmark Bank for a period of 30 days or more, then Trustmark Bank shall send a 14 day Notice of Default to the Debtor and Debtor's attorney. If the default is cured within 14 days Trustmark Bank shall be reimbursed by Debtor for reasonable attorney's fees incurred in the filing of such Notice through the plan. If default is not cured within 14 days from the date of the notice, the Automatic Stay shall be automatically lifted as to Debtor without further order of the Court and shall remain lifted as to Trustmark Bank and their assigns of the lien for their collateral described herein as 610 Oakview Way, Byram, Mississippi and being further identified as:

> Lot 3, The Oaks of Crossbridge, a subdivision according to a map or plat thereof which is on file and of record in the Office of the Chancery Clerk of Hinds County at Jackson, Mississippi, in Plat Book 40 at Page 24, reference to which is hereby made inaid of and as a part of this description,

with the property being automatically abandoned from the estate. Should this case be dismissed for any reason, then likewise the automatic stay shall be lifted as to Trustmark Bank and the property shall be deemed abandoned from the estate.

That in the event the bankruptcy stay is lifted, Trustmark Bank shall provide written notice to the Trustee in a timely manner.

##END OF ORDER##

Agreed to as to form:

/s/ Thomas C. Rollins, Jr. - with permission
Attorney for Debtor

/s/ Semoune Ellis - with permission
Attorney for Trustee or Trustee

Prepared and presented by:

*/s James Eldred Renfroe*

James Eldred Renfroe, MSB 10096
648 Lakeland East Ste A
Flowood MS 39232
601-932-1011 Phone
jrenfroe@mslawfirm.biz
Attorney for Trustmark Bank