**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**ETEASHIARA NICOLE JAMISON** **CASE NO. 26-00478- JAW**

**TRUSTEE'S OBJECTION TO**
**DEBTOR'S MOTION TO ALLOW PAYMENT ARREARAGES**

COMES NOW, Semoune Ellis on behalf of Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause and files this Objection to Debtor's Motion to Allow Payment Arrearages (Docket #34), and in support thereof, would show unto the Court the following:

1. The Debtor's Motion provides that the Debtor has now secured new employment and request to cure and amortize plan payment arrearages, that have accrued due to missed plan payments, over the remainder of the Chapter 13 Plan term.
2. The Debtor's Chapter 13 Plan was confirmed May 13, 2026 (Docket #21).
3. Currently, the Debtor's plan is one (1) month in arrears and delinquent ($4,107.29) through September 2026.
4. No plan payments were remitted from June 2026 through August 2026. This has caused delinquency to accrue.
5. The Debtor has not produced documentation (pay advices, bank statements, etc.) to support the new employer statements made in the Motion.
6. The Debtor should be required to submit funds in the amount of at least a good faith plan payment ($2,051.83) to reduce the arrears to be amortized over the remaining plan term.

**WHEREFORE, PREMISES CONSIDERED,** the Trustee prays that this Objection be received and filed and at the hearing hereon an Order be entered denying the Motion to Allow Payment Arrearages, in the alternative, should the Debtor's Motion be granted, the Trustee prays the Debtor be required to (1) remit funds to the Trustee in the amount of at least a good faith plan payment ($2,051.83) to reduce the arrearage to be amortized over the life of the plan prior to any hearing on the Motion (2) submit documentation (pay advices, bank statements, etc.) to support the new employer statements made in the Motion and/or the commencement of plan payment payroll deductions to the Trustee, and (3) that should the Debtor(s) become more than sixty (60) days delinquent, calculated from the first day of the first delinquent month, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing; and any general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: September 2, 2026

Respectfully Submitted,

/s/ *Semoune Ellis*

Semoune Ellis, MSB# 105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Fax: (601) 981-9888
Email: sellis@tpmartinch13.com

**CERTIFICATE OF SERVICE**

I, Semoune Ellis, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Objection to the following, by electronic, ECF filing, and/or mail to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney for Debtor:**

Thomas C. Rollins, Jr., MSB# 103469
Jennifer A. Curry Calvillo, MSB#104367
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com
jennifer@therollinsfirm.com

DATED: September 2, 2026

/s/ *Semoune Ellis*
Semoune Ellis