**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 15, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**ETEASHIARA NICOLE JAMISON** **CASE NO. 26-00478- JAW**

**<u>CONDITIONAL AGREED ORDER</u>**

**THIS MATTER** came before the Court on the Debtor's Motion to Allow Payment Arrearages (Docket #34) and the Trustee's Objection (Docket #46). Thus, having considered the matters and finding the parties in agreement, the Court finds the Debtor's Motion should be granted in part and the Trustee's overruled in part.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Debtor's Motion to Allow Payment Arrearages is hereby granted in part based on the condition that the Debtor shall **<u>submit funds to the Trustee in the amount of at least Two Thousand Fifty-One 83/100 Dollars ($2,051.83) by September 30, 2026.</u>** Upon receipt of said funds, the Trustee shall cure and amortize the delinquency over the remaining life of the plan and amend the wage order accordingly.

**IT IS THEREFORE ORDERED** that the Debtor shall submit August 2026 pay advices evidencing plan payment payroll deductions and August 2026 bank statements evidencing employer payroll deposits within **fourteen (14) days** of the entry of the entry of this Agreed Order.

**IT IS FURTHER ORDERED** that should the Debtor fail to adhere to the aforementioned conditions the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

**IT IS ORDERED** that should the Debtor(s) become more than sixty (60) days delinquent, calculated from the first day of the first delinquent month, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

**##END OF ORDER##**

**SUBMITTED BY:**

*/s/ Semoune Ellis*
Semoune Ellis, MSB# 105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Fax: (601) 981-9888
Email: sellis@tpmartinch13.com

**AGREED BY:**

*/s/ Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr., MSB# 103469
Jennifer A. Curry Calvillo, MSB#104367
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com
jennifer@therollinsfirm.com