**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: ETEASHIARA NICOLE JAMISON CASE NO. 26-00478-JAW
CHAPTER 13

**NOTICE OF NON COMPLIANCE**

Comes now, Trustmark Bank, by and through their attorney of record and files this their notice of non-compliance / notice of default and would show the Court the following:

1. An order was entered on August 26, 2026, (Dkt. #42) wherein should the Debtor become delinquent in her payments to Trustee inclusive of the monthly mortgage obligation to Trustmark Bank for a period of 30 days or more, Creditor would provide a 14 day notice of intent to default and terminate the stay. This notice shall serve as formal notice of such.

This the 6th day of October, 2026.

Trustmark Bank

*/s James Eldred Renfroe*

James Eldred Renfroe MSB# 10096
648 Lakeland East Drive Ste A
Flowood MS 32932
601.932.1011
jrenfroe@mslawfirm.biz

Certificate of Service

I certify that I have this day mailed a true and correct copy of the foregoing **Notice** to and served via e-filing:

Eteashiara Nicole Jamison
610 Oak View Way
Byram MS 39272

Hon. Thomas Carl Rollins, Jr.
Trollins@therollinsfirm.com

Hon. Torri Parker Martin
tpm@tpmartinch13.com

U. S. Trustee
ustpregion05.ja.ecf@usdoj.gov

Dated: October 6, 2026

*/s James Eldred Renfroe*
James Eldred Renfroe